FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:     Harry.Yee@usdoj.gov

Attorney for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICARDO SHIELDS, as Next Friend for CHEHALIS SHIELDS, minor,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CIVIL NO. 13-00012 SOM BMK<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

　　　　IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice, each party to bear its own costs.  There are no remaining claims or parties.  This stipulation may be signed in counterparts.

DATED:   April 30, 2015, at Honolulu, Hawaii.

>FLORENCE T. NAKAKUNI
>United States Attorney
>District of Hawaii

>By ____/s/ Harry Yee_____
>HARRY YEE
>Assistant U.S. Attorney

>Attorneys for Defendant
>United States of America

DATED:   April 30, 2015, at Honolulu, Hawaii.

>____/s/ Judith A. Pavey_____
>JAMES S. BOSTWICK
>JUDITH A. PAVEY

>Attorneys for Plaintiffs,

~~APPROVED AND SO ORDERED~~:

APPROVED AS TO FORM:

DATED:  Honolulu, Hawaii; May 4, 2015.



>__/s/ Susan Oki Mollway_____
>Susan Oki Mollway
>Chief United States District Judge

Ricardo Shields et al. v. United States of America; Civil No. 13-00012 SOM BMK; "Stipulation and Order for Dismissal with Prejudice"